UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| JEFFREY M. BISCH, and ) | Case No. 09-20426-659 |
| DEBRA S, BISCH, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| JEFFREY M. BISCH, and ) | **Adversary No. 09-2017-659** |
| DEBRA S. BISCH, ) | |
| ) | |
| Plaintiffs, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| MISSOURI DEPARTMENT OF REVENUE, ) | |
| ET. AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The matter before the Court is Plaintiffs' Complaint to Obtain Discharge of Back Taxes Due to the Missouri Department of Revenue. For the reasons set forth in the this Court's Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Debtors' Complaint to Obtain Discharge of Back Taxes Due to the Missouri Department of Revenue is **DENIED** and that the debt owed by Debtors to the Missouri Department of Revenue for the 2004 Missouri income taxes and the debt owed by Debtors to the Missouri Department of Revenue for the 2005 Missouri income taxes are NONDISCHARGEABLE

pursuant to 11 U.S.C. § 523(a)(1)(A) and 11 U.S.C. § 507(a)(8)(A)(ii) in this Bankruptcy case; and

this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  September 29, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Richard M. Maseles
Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475

Steven W. LaBounty
District Counsel, I.R.S.
Robert A. Young Bldg., Rm. 6.301A
1222 Spruce
St. Louis, MO 63103

Missouri Department of Revenue
301 West High Street
P.O. Box 475
Jefferson City, MO 65105-0475

Internal Revenue Service
Attn: Bankruptcy Unit
PO Box 66778, 5334 STL
St. Louis, MO 63166

Missouri Department of Revenue
General Counsel's Office
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105